IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PETER U. PAYTON                                                                                     PLAINTIFF

V.                                       NO: 4:12CV00085 JMM

LIFE INSURANCE COMPANY
OF NORTH AMERICA                                                                               DEFENDANT

## ORDER

Pursuant to the Stipulation of Dismissal filed by the parties on July 25, 2012, this case is hereby dismissed with prejudice, each party to bear their own costs.

IT IS SO ORDERED this 30th day of July, 2012.

_____
United States District Judge
James M. Moody